

**2020 – 2021**
# Retail Offers



# Contents

**Introduction & Geography** ............................................................ 1
**Retail Advantage Program Details** ............................................. 2
**Retail Early Fill Program**
    Early Fill Program price assurance .............................................. 4
    Early Fill Program summary ........................................................ 4
    Early Fill Program details ............................................................ 6
        Corn bulk herbicides
        Soybean herbicides
        Glyphosate products
        Enlist™ herbicides
        Soil health products
**Retail Stocking program**
    Retail Stocking Program summary ............................................. 8
    Retail Stocking Program details ................................................. 10
        Cereal herbicides portfolio incentive
        Cereal herbicides stocking incentive
        Corn herbicides stocking
        Burndown herbicides stocking
        Soybean herbicides PRE stocking
        Soybean herbicides POST stocking
        Cotton herbicide stocking
        Rice herbicides stocking
        Plant health stocking
**Enlist™ Ahead Retail Rewards**
    Program description ................................................................... 12
        Enlist Ahead training
        Enlist herbicide stocking
        Enlist Match stocking
        Total portfolio growth
**Terms & Conditions** ..................................................................... 14

The following products have DuPont™ as part of the EPA registered name. See product labels for details.

DuPont™ Accent® herbicide, DuPont™ Afforia® herbicide, DuPont™ Basis® Blend herbicide, DuPont™ Curzate® 60DF fungicide, DuPont™ Enlite® herbicide, DuPont™ Envive® herbicide, DuPont™ EverpreX® herbicide, DuPont™ Lannate® SP insecticide, DuPont™ Lannate® V insecticide, DuPont™ LeadOff® herbicide, DuPont™ Matrix® SG herbicide, DuPont™ Resolve® Q herbicide, DuPont™ Steadfast® herbicide, DuPont™ Staple® herbicide, DuPont™ Synchrony® herbicide, DuPont™ Tanos® fungicide, DuPont™ Trivence® herbicide, DuPont™ Vertisan® fungicide

These programs supersede any previous Corteva retail offers prior to Oct. 1, 2020.



**Corteva Agriscience is pleased to offer the opportunity for crop protection retailers to enhance their earning potential and secure product supply on their key Corteva portfolio products.**

## Partnership

The Corteva portfolio of products are supported by the distinguished service of our sales organization, who are ready to engage customers in business planning for a successful 2020-2021 season.

# Retail Advantage Program

> The Retail Advantage Program has been designed to provide retail channel partners with competitive rewards for supporting Corteva products.

## Program Qualification

The Corteva Agriscience™ Retail Advantage Program payment is based on product volume reported by approved distributors via EDI to Corteva. Only products intended for resale to growers are eligible for payment under the terms of this program. Retail customers must have purchased a minimum of $50,000 of participating and qualifying products between Oct. 1, 2020 and Sep. 30, 2021 to be eligible for program earnings.

## Program Payment

Retailers will have an opportunity to earn a reward payment on participating products provided the following criteria are met:

- Participating in training workshops as needed
- Work with the Corteva Territory Manager to develop new market or product opportunities
- Promptly reporting product or performance concerns
- Work with the Corteva Territory Manager to resolve any product or performance issues that may arise
- Follow the product label and providing sound agronomic recommendations
- Comply with all local, state and federal regulations in the storage and distribution of Corteva products
- Submit valid Grower data for the Corteva crop protection portfolio

## Qualifying Products for EDI Product Values

Additional Corteva Agriscience™ Crop Protection and Range & Pasture EDI product values count toward meeting the $50,000 purchase requirement, but do not participate in any retail payments. For more information, see terms and conditions section in the back of this book.

### Where to submit data

**www.yourdatadimensions.com**
Customer Support: 1-800-901-0012

### Data Dimensions User Guide
www.yourdatadimensions.com/UserGuide/UserGuide.pdf

### How to submit Grower Purchase data

- Upload an existing Excel file containing required information and utilize the Data Dimensions mapping tool
- Key in purchase information fields that are prompted on website
- Utilize vendor support SSI/AgVance and Agrimine. Contact information found in user guide
- EDI/XML data currently fed into Data Dimensions for reporting purposes

### Key dates

- Program dates:
  Oct. 1, 2020 – Sep. 30, 2021
- Grower point of sale data report deadline: Oct. 15, 2021

Not applicable to products sold outside the United States

---

## Product groups

### Plant health & disease control

| Disease control | | Pay Rate |
|---|---|---|
| **FUNGICIDE** | | |
| **Enable**® 2F  **Indar**® 2F | | 2.5% |
| **Vertisan**® | | 4% |
| **Rally**® 40WSP  **Dithane F-45**® Rainshield® | | 5% |
| **Curzate**® 60DF  **Tanos**® | | 8% |
| **Fontelis**®  **PropiMax**® EC | | 10% |

| Plant health | Pay Rate |
|---|---|
| **FUNGICIDE** | |
| **Aproach**®  **Aproach**® Prima | 10% |

| Soil health | | Pay Rate |
|---|---|---|
| **NITROGEN STABILIZER** | | |
| **Instinct**® HL  **Instinct** NXTGEN™  **Instinct**® II  **N-Serve**® | | 5% |

# Product groups

## Weed control products

### Burndown | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Basis**® Blend | 7% |
| **Canopy**® DF    **Elevore**®    **LeadOff**® | 10% |

### Cereals | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Curtail**®    **Curtail**® M    **Starane**® Ultra | 2.5% |
| **GoldSky**®    **Simplicity**® CA  **OpenSky**®    **WideARmatch**™    **PerfectMatch**®    **WideMatch**® | 7.5% |
| **Pixxaro**™ EC    **Tarzec**®    **TeamMate**®  **PowerFlex**® HL    **Starane**® Flex  **Quelex**®    **Starane**® NXT | 10% |
| **Stinger**® | 12.5% |

### Corn PRE | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Cinch**® ATZ Lite    **Cinch**® ATZ | 8% |
| **Keystone**® LA NXT    **Fultime**® NXT    **SureStart**® II  **Keystone**® NXT    **Resicore**®    **Surpass**® NXT | 10% |

### Corn POST | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Accent**® Q    **Realm**® Q | 8% |
| **Resolve**® Q    **Revulin**® Q    **Steadfast**® Q | 11% |

### Peanut & cotton | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Staple**® LX    **Strongarm**® | 10% |

### Rice | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Clincher**® CA    **Granite**® GR    **Loyant**®  **Clincher**® SF    **Granite**® SC    **Novixid**™  **Grandstand**® CA    **Grasp**® SC    **RebelEX**®  **Grandstand**® R    **Grasp**® Xtra    **RebelEX**® CA | 7.5% |

### Soybean PRE | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Afforia**® | 7.5% |
| **Enlite**®    **Surveil**®  **Sonic**®    **Trivence**® | 10% |

### Soybean POST | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Synchrony**® XP | 10% |

### Specialty crop | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Pindar**® GT    **Trellis**® SC | 4% |
| **Matrix**® SG | 10% |

### Range & Pasture | Pay Rate
**HERBICIDE**

| Product | Pay Rate |
|---|---|
| **Grazon**® P+D | 2.5% |
| **Surmount**® | 3% |
| **Remedy**® Ultra    **Tordon**® 22K    **Tordon**® RTU | 5% |
| **Spike**® 20P | 7.5% |
| **GrazonNext**® HL    **Chaparral**™    **Sendero**®  **PastureGard**® HL    **MezaVue**® | 8% |
| **DuraCor**® | 10% |

## Insect control

### Broadspectrum insect control | Pay Rate
**INSECTICIDE**

| Product | Pay Rate |
|---|---|
| **Lannate**® LV    **Lannate**® SP | 4% |
| **Cobalt**® Advanced    **Lorsban**® Advanced | 15% |

### Nematode control | Pay Rate
**INSECTICIDE/NEMATICIDE**

| Product | Pay Rate |
|---|---|
| **Vydate**® C-LV    **Vydate**® L | 4% |

### Organic insect control | Pay Rate
**NATURALYTE® INSECT CONTROL**

| Product | Pay Rate |
|---|---|
| **Entrust**® SC | 5% |

**INSECTICIDAL BAIT**

| Product | Pay Rate |
|---|---|
| **GF-120**® NF Naturalyte® fruit fly bait | 5% |

### Insect control | Pay Rate
**NATURALYTE® INSECT CONTROL**

| Product | Pay Rate |
|---|---|
| **Blackhawk**® | 5% |
| **Success**® | 10% |

**INSECTICIDE**

| Product | Pay Rate |
|---|---|
| **Sequoia**®    **Sequoia**® CA | 2% |
| **Delegate**® WG | 5% |
| **Intrepid Edge**®    **Transform**® CA  **Intrepid 2F**®    **Transform**® WG  **Radiant**® SC | 10% |

Cinch ATZ, Cinch ATZ Lite, Cobalt Advanced, FulTime NXT, Keystone LA NXT, Keystone NXT, Lorsban Advanced, Vydate C-LV and Vydate L are Restricted Use Pesticides.   **3**

# 2020 – 2021 Retail Early Fill program

## Corteva Agriscience early fill price assurance

This is a notice of assurance to all retail channel partners who purchase and take delivery of Corteva participating bulk herbicides, soil health and insecticide brands during the 2020 - 2021 Corteva Retail Early Fill program. If Corteva lowers the price of a brand participating in the 2020 - 2021 Corteva Retail Early Fill Program by either a market letter price decrease or increased program payment, Corteva will provide your organization a rebate for the difference. This notice reinforces the continued commitment Corteva has to our retail channel partners and our desire to be recognized as an industry leading partner.

## Retail Early Fill program summary
See product section for official rules and details



4   Cinch ATZ, Cinch ATZ Lite, FulTime NXT, Keystone LA NXT and Keystone NXT are Restricted Use Pesticides.



| Market Year 2020 - 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| October | November | December | January | February | March | April | May |

# Retail Early Fill program

| Corn bulk herbicides | Pack size | Window Order | Window EDI | Est. Payment | Offer rate | Details |
|---|---|---|---|---|---|---|
| Resicore® herbicide | Bulk, Repack | Jun. 5, 2020 | Jun. 15, 2020 | Dec. 2020 | 3%* | *3% incentive on June volume is only earned if you achieve Portfolio Rate lock on participating corn herbicide products below. |
| Keystone® NXT herbicide | Bulk, Repack | Aug. 14, 2020 | Sep. 15, 2020 | Dec. 2020 Rate lock Paid: August, 2021 | 4% + Rate lock | **Portfolio Rate lock** EDI 100% of prior year early-fill dollars (Jun. - Sep. 2019), minus Resicore, by Sep. 15, 2020 to Rate lock on all participating products through May 15, 2021 |
| Keystone® LA NXT herbicide | Bulk, Repack | | | | | |
| SureStart® II herbicide | Bulk, Repack | | | | | |
| Surpass® NXT herbicide | Bulk, Repack | | | | | |
| Cinch® ATZ herbicide | Bulk, Repack | Aug. 14, 2020 | Sep. 15, 2020 | Dec. 2020 Rate lock Paid: Aug. 2021 | 2% + Rate lock | • Must EDI a minimum of 1,000 gallons<br>• Resicore does NOT qualify for Rate lock |
| Cinch® ATZ lite herbicide | Bulk, Repack | | | | | |
| FulTime® NXT herbicide | Bulk, Repack | | | | | |

2-4% anticipated price increase Oct. 1, 2020 for Resicore herbicide.

| Soybean herbicides | Pack size | Window Order | Window EDI | Est. Payment | Offer rate | Details |
|---|---|---|---|---|---|---|
| EverpreX® herbicide | Bulk | Aug. 14, 2020 | Sep. 15, 2020 | Dec. 2020 | 8% | |

| Glyphosate products | Pack size | Window Order | Window EDI | Est. Payment | Offer rate | Details Jan. 1 – May 15, 2021 |
|---|---|---|---|---|---|---|
| Abundit® Edge herbicide | Bulk | Aug. 1 – Oct. 30, 2020 | Dec. 15, 2020 | May 2021 | 3% + Rate lock | **Rate lock** EDI 100% of prior year gallons (Aug. - Dec. 2019), by Dec. 15, 2020 to Rate lock on all participating products through May 15, 2021 |
| | | | May 15, 2021 | Sep. 2021 | | |
| | 250 | | May 15, 2021 | Sep. 2021 | | |
| Durango® DMA® herbicide | Bulk | | Dec. 15, 2020 | May 2021 | | |
| | | | May 15, 2021 | Sep. 2021 | | |
| | 250 | | May 15, 2021 | Sep. 2021 | | |

| Enlist™ herbicides | Pack size | Window | | Est. Payment | Offer rate | Details |
|---|---|---|---|---|---|---|
| | | Order | EDI | | | |
| **Enlist One®** herbicide | Bulk, Repack | Aug. 1 2020 – Oct. 30, 2020 | Aug. 1 2020 – Dec. 15, 2020 | May 2021 | 3% | |
| | 250, 2x2.5 | | | Sep. 2021 | | |
| **Enlist Duo®** herbicide | Bulk, Repack | | | May 2021 | | |
| | 250, 2x2.5 | | | Sep. 2021 | | |

| Soil health products | Pack size | Window | | Est. Payment | Offer rate | Details |
|---|---|---|---|---|---|---|
| | | Order | EDI | | | |
| **N-Serve®** nitrogen stabilizer | Bulk, Repack | May 27, 2020 | Jun. 15, 2020 | Nov. 2020 | 3% | |
| **Instinct NXTGEN™** nitrogen stabilizer | Bulk, 250 | Aug. 14, 2020 | Sep. 15, 2020 | Nov. 2020 | 3% | |



7

# 2020 – 2021 Retail Stocking program summary

See product section for official rules and details

| | Market Year 2019 - 2020 | | Market Year 2020 - 2021 | | |
|---|---|---|---|---|---|
| | August | September | October | November | December |

**Cereal herbicide portfolio incentive**

HERBICIDE

- OpenSky®
- Quelex®
- Tarzec®
- PerfectMatch®
- Starane® Flex
- PowerFlex® HL
- Starane® NXT

**3%** EDI **Oct. 1 2020 - Sep. 30, 2021**
**3%+ Rate lock:** EDI 80% of prior year sales by **Mar. 15, 2021**

**Cereal herbicide early fill incentive**

HERBICIDE

- Starane® Flex

**5%** EDI **Oct. 1 - Dec. 15, 2020**

- WideARmatch®

**5%** EDI **Oct. 1 2020 - Sep. 30, 2021**
**5%+ Rate lock:** EDI 80% of prior year sales WideMatch® herbicide by **Dec. 15, 2020***
**Earn up to 8% total with rate lock*:** 3% rate lock when Cereal Herbicide Portfolio qualification is met

**Corn herbicides stocking**

HERBICIDE

- Realm® Q

**10%** EDI **Oct. 1 - Dec. 15, 2020**

- Accent® Q
- Revulin® Q
- Resolve® Q
- Steadfast® Q

**3%** EDI **Oct. 1 - Mar. 15, 2021**

- Keystone® NXT
- Resicore®
- Surpass® NXT
- Keystone® LA NXT
- SureStart® II

**3%** EDI **Oct. 1 - May 15, 2021**

- Cinch® ATZ
- Cinch® ATZ lite

**2%** EDI **Oct. 1 - May 15, 2021**

**Burndown herbicides stocking**

HERBICIDE

- Basis® Blend
- Elevore®
- Canopy® DF
- LeadOff®

**6%** EDI **Oct. 1 - Dec. 15, 2020**

**Soybean herbicides PRE stocking**

HERBICIDE

- Afforia®
- Sonic®
- Trivence®
- Enlite®
- Surveil®

**3%** EDI **Oct. 1 - Dec. 15, 2020**
**Earn a total of 6%:** Earn an additional 3% on all listed soybean PRE for purchasing a min of 500 gallons of EverpreX between **Jun. 1 - Dec. 15, 2020**

- Synchrony® XP

**Cotton herbicide stocking**

HERBICIDE

- Staple® LX

**Rice herbicide stocking**

HERBICIDE

- Grasp® SC
- RebelEX®
- Grasp® Xtra

**4%** EDI **Oct. 1 2020 - Sep. 30, 2021**
**4%+ Rate lock:** EDI 70% of prior year sales by **Mar. 15, 2021**

**Plant health stocking**

FUNGICIDE

- Aproach®
- Aproach® Prima

8   *WideMatch® herbicide also qualifies for this offer. Cinch® ATZ, Cinch® ATZ Lite, Keystone® LA NXT and Keystone® NXT are Restricted Use Pesticides.

<60>



<60>

<60>

9

# Retail stocking program

| Cereal herbicides portfolio incentive | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **OpenSky®** herbicide | All pack sizes | Oct. 1, 2020 - Sep. 30, 2021<br>**Rate lock:** 80% prior year (Mar. 15, 2021) | Oct. 2021 | **3%** + Rate lock | **Rate lock**<br>EDI 80% of prior year sales (dollars) by Mar. 15, 2021 and rate lock 3% on all EDI sales from Oct. 1, 2020 - Sep. 30, 2021 |
| **PerfectMatch®** herbicide | All pack sizes | | | | |
| **PowerFlex®** HL herbicide | All pack sizes | | | | |
| **Quelex®** herbicide | All pack sizes | | | | |
| **Starane®** Flex herbicide | 250s, 2x2.5s | | | | |
| **Starane®** NXT herbicide | All pack sizes | | | | |
| **Tarzec®** herbicide | All pack sizes | | | | |

| Cereal herbicides stocking incentive | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Starane®** Flex herbicide | Bulk, Repack | Oct. 1 - Dec. 15, 2020 | Oct. 2021 | **5%** | |
| **WideARmatch™** herbicide | Bulk, 250s, 2x2.5s | Oct. 1, 2020 - Sep. 30, 2021<br>**Rate lock:** 80% prior year WideMatch (Dec. 15, 2020) | Oct. 2021 | **5%** + Rate lock | **Rate lock**<br>Receive shipment & EDI 80% of prior year WideMatch sales (dollars) by Dec. 15, 2020 and rate lock 5% on all EDI sales of WideARmatch* from Oct. 1, 2020 - Sep. 30, 2021<br>**Earn up to 8% total with rate lock*:**<br>3% rate lock when Cereal Herbicide Portfolio qualification is met |

*WideMatch® herbicide also qualifies for this offer

| Corn herbicides stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Realm®** Q herbicide | All pack sizes | Oct. 1 - Dec. 15, 2020 | Oct. 2021 | **10%** | |
| | | Jan. 1 - Mar. 15, 2021 | Oct. 2021 | **7%** | |
| **Accent®** Q herbicide | All pack sizes | Oct. 1 - Mar. 15, 2021 | Oct. 2021 | **3%** | |
| **Resolve®** Q herbicide | All pack sizes | | | | |
| **Revulin®** Q herbicide | All pack sizes | | | | |
| **Steadfast®** Q herbicide | All pack sizes | | | | |
| **Keystone®** NXT herbicide | 250s, 2x2.5s | Oct. 1 - May 15, 2021 | Oct. 2021 | **3%** | |
| **Keystone®** LA NXT herbicide | 250s, 2x2.5s | | | | |
| **Resicore®** herbicide | 250s, 2x2.5s | | | | |
| **SureStart®** II herbicide | 250s, 2x2.5s | | | | |
| **Surpass®** NXT herbicide | 250s, 2x2.5s | | | | |
| **Cinch®** ATZ herbicide | 250s, 2x2.5s | Oct. 1 - May 15, 2021 | Oct. 2021 | **2%** | |
| **Cinch®** ATZ lite herbicide | 250s, 2x2.5s | | | | |

**10** Cinch® ATZ, Cinch® ATZ Lite, Keystone® LA NXT and Keystone® NXT are Restricted Use Pesticides.

| Burndown herbicides stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Basis®** Blend herbicide | All pack sizes | Oct. 1 - Dec. 15, 2020 | Oct. 2021 | **6%** | |
| **Canopy®** DF herbicide | All pack sizes | | | | |
| **Elevore®** herbicide | All pack sizes | | | | |
| **LeadOff®** herbicide | All pack sizes | | | | |

| Soybean herbicides stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Afforia®** herbicide | All pack sizes | Oct. 1 - Dec. 15, 2020 | Oct. 2021 | **3%** | **Earn a total of 6%** Earn an additional 3% on all listed soybean PRE for purchasing a min of 500 gallons of EverpreX between Jun. 1 - Dec. 15, 2020 |
| **Enlite®** herbicide | All pack sizes | | | | |
| **Surveil®** herbicide | All pack sizes | | | | |
| **Trivence®** herbicide | All pack sizes | Jan. 1 - Mar. 15, 2021 | Oct. 2021 | **3%** | |
| **Sonic®** herbicide | All pack sizes | | | | |

| Soybean herbicides POST stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Synchrony®** XP herbicide | All pack sizes | Jan. 1 - Mar. 15, 2021 | Oct. 2021 | **3%** | |

| Cotton herbicide stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Staple®** LX herbicide | All pack sizes | Jan. 1 - Mar. 15, 2021 | Oct. 2021 | **3%** | |

| Rice herbicides stocking | Pack size | Window EDI | Est. Payment | Stocking incentive | Details |
|---|---|---|---|---|---|
| **Grasp®** SC herbicide | All pack sizes | Oct. 1 - Sep. 30, 2021 **Rate lock:** 70% prior year (Mar. 15, 2021) | Oct. 2021 | **4%** + Rate lock | **Rate lock** EDI 70% of prior year sales (dollars) between Jan. 1 - Mar. 15, 2021 and rate lock 4% on all EDI sales from Jan. 1 - Sep. 30, 2021 |
| **Grasp®** Xtra herbicide | All pack sizes | | | | |
| **RebelEX®** herbicide | All pack sizes | | | | |

| Plant health stocking | Pack size | Window EDI | Est. Payment | Offer rate | Details Jan. 1 - Mar. 15, 2021 |
|---|---|---|---|---|---|
| **Aproach®** fungicide | All pack sizes | Jan. 1 - Sep. 30, 2021 **Rate lock:** 80% prior year (Mar. 15, 2021) | Oct. 2021 | **5%** + Rate lock | **Rate lock** EDI 80% of prior year sales (dollars) between Jan. 1 - Mar. 15, 2021 and rate lock 5% on all EDI sales from Jan. 1 - Sep. 30, 2021 |
| **Aproach®** Prima fungicide | All pack sizes | | | | |



Enlist™ Ahead Retail Rewards

Oct. 1, 2020 – Sep. 30, 2021
Enlist Duo® & Enlist One® herbicides

## Program description

Enlist™ Ahead Retail Rewards programs offer incentives to properly steward and support the Enlist™ weed control system and Corteva Agriscience™ crop protection portfolio.

## 2020 – 2021 Enlist Retail programs summary

| Program | Earning |
|---|---|
| Enlist Ahead training | 3% |
| Enlist herbicide stocking | 3% |
| Match stocking — Corteva Soybean Herbicides | 4% |
| Total portfolio growth | 1–5% |
| **Maximum earning potential** | Up to 15% |



Earning potential up to 15%

## Enlist™ Ahead training

**Earning potential: 3%**

**Deadline:** Complete online training - Jul. 31, 2021
Submit GPOS data to Corteva - Oct. 15, 2021

**Earned on:** At ship to location level, GPOS volume of Enlist herbicides reported from Oct. 1, 2020 - Sep. 30, 2021

**Requirements:**

1. At least one representative from each participating ship to retail location (earning point) must take the Enlist Ahead online training module and pass the corresponding Knowledge Check found at Enlist.com > Enlist Training link in top menu. Additional qualifying training methods may be available as communicated by your Corteva representative. Training ensures that retailers are enabled to make successful applications and advise growers on getting the most out of the Enlist weed control system.

2. Retailer must report grower point of sale data for participating Enlist Duo® & Enlist One® herbicide products by Oct. 15, 2020, according to the program rules

**Estimated payment date:** Dec. 31, 2021

## Enlist herbicide stocking

**Earning potential: 3%**

**Deadline:** EDI herbicide volume - Dec. 15, 2020
Place orders - Oct. 30, 2020

**Earned on:** At ship to location level, EDI volume of Enlist herbicides reported from Aug. 1, 2020 - Dec. 15, 2020

**Requirements:** Order Enlist One and Enlist Duo by Oct. 30, 2020; EDI the Enlist One and Enlist Duo volume by Dec. 15, 2020. Bulk, repack, 250-gallon totes and 2.5-gallon jugs are eligible.

**Estimated payment date:**
Bulk and repack earnings by May 2021
Tote and jug earnings by Sep. 2021

| Enlist™ herbicides | Pack size | Window Order | Window EDI | Est. Payment | Offer rate |
|---|---|---|---|---|---|
| Enlist One® herbicide | Bulk, Repack | Aug. 1 – Oct. 30, 2020 | Aug. 1 – Dec. 15, 2020 | May 2021 | 3% |
| | 250, 2x2.5 | | | Sep. 2021 | |
| Enlist Duo® herbicide | Bulk, Repack | | | May 2021 | |
| | 250, 2x2.5 | | | Sep. 2021 | |

12

## Match Stocking

**Earning potential: 4%**

### Soybean Herbicide Match (all soybean geographies)

**Deadline:** EDI herbicide volume - Dec. 15, 2020
Report volume GPOS - Oct. 15, 2021

**Earned on:** At rollup level, on Enlist™ herbicide GPOS volume that was EDI'd from Oct. 1 – Dec. 15, 2020 and is matched with GPOS dollars of eligible soybean herbicides also EDI'd in that same timeframe

**Requirements:**
1. Order Enlist One® and Enlist Duo® herbicides by Oct. 30, 2020 EDI the Enlist One and Enlist Duo volume by Dec. 15, 2020
2. EDI soybean herbicides between Oct. 1 - Dec. 15, 2020
3. Report GPOS of Enlist and soybean volume by Oct. 15, 2021. Enlist and soybean match calculated on GPOS.

**Qualifying matched products:**

- Afforia® herbicide
- Enlite® herbicide
- LeadOff® herbicide
- Surveil® herbicide
- Canopy® DF herbicide
- Envive® herbicide
- Sonic® herbicide
- Synchrony® XP herbicide
- Elevore® herbicide
- EverpreX® herbicide
- Staple® LX herbicide
- Trivence® herbicide

**Estimated payment date:** By Dec. 31, 2021

### Cotton states stocking bonus (only for AL, AZ, GA, FL, NM, OK, TX)

**Deadline:** EDI Enlist herbicide volume - Dec. 15, 2020
Place orders - Oct. 30, 2020

**Earned on:** At ship to location level, EDI volume of Enlist herbicides reported from Aug. 1, 2020 - Dec. 15, 2020

**Requirements:**
In states where soybeans are not prevalent, this stocking bonus provides an additional opportunity for retail earnings. Bulk, repack, 250-gallon totes and 2.5-gallon jugs are eligible.

**Estimated payment date:**
Bulk and repack earnings by May 2021
Tote and jug earnings by Sep. 2021

## Total Portfolio Growth

**Earning potential: 1-5%**

**Deadline:** Sept. 30, 2021

**Earned on:** At roll up level, EDI volume of Enlist herbicides reported from Oct. 1, 2020 - Sep. 30, 2021

**Requirements:** During the 2020 - 21 market year, grow total Corteva crop protection gross sales dollars over 2019 - 20 market year; excluding Enlist One® herbicide, Enlist Duo® herbicide, Durango® DMA® herbicide and Abundit® Edge herbicide gross sales. Portfolio growth is determined using the RAP qualifying products list.

**Estimated payment date:** By Dec. 31, 2021

| Earnings Potential ||
|---|---|
| Total Portfolio Gross Dollars Growth | Enlist herbicides EDI Payout |
| $10,000 | 1% |
| $50,000 | 2% |
| $100,000 | 3% |
| $150,000 | 4% |
| $250,000 | 5% |

For more information on the Enlist weed control system, visit **www.enlist.com**

Corteva will make best reasonable efforts to pay each portion of Enlist Ahead program by dates specified.

Enlist herbicides are the only 2,4-D-containing products authorized for use in Enlist crops

## Terms & conditions:

The 2020-2021 Retail Offers are applicable between Oct. 1, 2020 through Sep. 30, 2021. Retailers must abide by the following program rules to be eligible for payment under these offers.

### Orders:
1. Retailers must place order(s) with an authorized Corteva Agriscience distributor, and Corteva must receive the order from the distributor by the specified dates to qualify for program incentives.
2. Any orders that are placed during the Order Period but are subsequently canceled by the retailer are also not eligible for the incentive.

### Shipment:
1. In the event that Corteva elects to defer an initial shipment, the retailer will still qualify for incentives in affect at the time of the order was received by Corteva.

### Delivery:
1. Corteva will schedule and confirm delivery dates with the customer.
2. 250 gallon totes are shipped direct to retailers and are non-returnable.
3. Corteva prepays freight charges for all delivered orders.

### Stewardship for bulk:
1. All retailers must have and maintain an EPA site establishment number for the repack site.
2. A copy of the current repack agreement must be kept on-site during its term for immediate availability.

### Enlist program approved retail match programs
Participating products will only be considered for rebate calculations if GPOS data is reported via Data Dimensions from an authorized Corteva retailer by Oct. 15, 2021 and invoiced between Oct. 1, 2020 – Sep. 30, 2021. Programs are calculated at the rollup level.

### Retail Advantage Program
1. Retailers must have an EDI minimum of Corteva Agriscience™ brand products valued at $50,000 during the program year to earn payment on this program.
2. Corteva may make program progress payments during the 2020-2021 market year:
   a. Progress payments are based on 80% of the earnings of participating products calculated from EDI ship-to reported data available to Corteva.
   b. Final payment issued by Dec. 31, 2021.
   c. Following the program end date and final payment for the 2020-2021 program, any change in an EDI product value resulting in a negative program earning will be deducted from future Retail Advantage Program earnings.
3. Corteva reserves the right to withhold 20% of program earnings in final payment if grower purchase data has not been reported during the program dates.
4. The following products count toward meeting the purchase requirement, but do not participate in any retail payments: Bridger herbicide family, Cadence herbicide family, CleanWave herbicide, Crossbow® herbicide, Eraser® insecticide, Graslan® herbicide, Govern insecticide, Hatchet® insecticide, Overtime® herbicide family, Reclaim® herbicide, Saurus insecticide, Smackdown herbicide, Starane® formulated herbicide family, StareDown® herbicide, Staunch herbicide, Telone® soil fumigants, Threesidual herbicide, Tremor® herbicide family, Trifluence herbicide, Volley® herbicide family, Warhawk insecticide, Whirlwind® insecticide, and Yuma insecticide. Contact your local Corteva territory manager with questions on additional qualifying products.

---

### Other Terms & Conditions:
1. These programs supersede any previous Corteva retail offers prior to Oct. 1, 2020.
2. Tank monitor for Corteva bulk herbicides program qualifications required for invoice and logistic efficiency.
3. Price and program are based upon delivery date and subject to confirmation of both product availability and delivery.
4. Participation in these programs are subject to any terms, conditions and procedures that Corteva may at its discretion adopt from time to time. Corteva reserves the right to modify or terminate this program at any time without notice.
5. Corteva reserves the right to audit compliance with all conditions and provisions of this program which includes but is not limited to an audit of dealers' books/records and an inspection of facilities. Any distributor or retailer found to have submitted false or fraudulent information will be responsible for the cost of the program audit and forfeiture of all program payments.
6. Corteva reserves the right to deduct reported sales of product outside the retailer's normal service area where sufficient product support (e.g., personnel, warehousing and other facilities) is not available to purchaser from retailer.
7. Corteva reserves the right to withhold program payments with respect to transactions which it believes are not made in good faith, are not made in the ordinary course of business, or are made with the purpose of manipulating program earnings. For example: Corteva will not recognize volume sold to growers in excess of their needs for their own use or sales to entities in the business of reselling agricultural chemicals.
8. All information provided by Corteva regarding individual retail program earnings is a good faith estimate of total earnings potential. Actual total program earnings and payments will be calculated by Corteva, at their sole discretion.
9. Retailer must earn a minimum program payment of $500.00 on each individual program. No checks under $500.00 per program will be issued.
10. In the event a retailer is owned or controlled by distributor customer of Corteva and/or its affiliates, offer payments will be made only when the distributor customer has met its purchase payment obligations to Corteva and/or its affiliates.
11. Where appropriate, participating brands will be paid on distributor reported EDI volumes. Any minimum dollar amount and volumes will be based on eligible product volume as reported via EDI from distributors approved by Corteva. The reported EDI volumes include net reported purchases from approved distributors less any sales to non-growers for the 2020 - 2021 program year. Product returns will be deducted from the overall volume, therefore reducing the program payment. Returns are calculated on the full year from the start of the program. Example: Program dates are Oct. 1, 2020 - Dec. 15, 2020, returns will be included from Oct. 1, 2019 - Sep. 30, 2020 (unless otherwise noted).
12. Where permitted by law, Corteva may deduct from program payments any amount due to Corteva or its affiliates by a distributor customer which owns or controls retail locations, including, but not limited to, past due accounts, late payment fees, and penalties.
13. Corteva reserves the right to invoice customers for any program overpayments that may include, but not limited to, incorrect EDI sales information submissions.
14. No payments shall be paid where participating products were sold pursuant to a bid by any government agency.

Visit us at **corteva.us**

®™Trademark of Corteva Agriscience and its affiliated companiess.

Cinch® ATZ, Cinch® ATZ LITE, Cobalt® Advanced, Eraser®, FulTime® NXT, Govern® 4E, Graslan® L, Grazon® P+D, Hatchet®, Keystone® LA NXT, Keystone® NXT, DuPont™ Lannate® LV, DuPont™ Lannate® SP, Lock-On®, Lorsban® Advanced, MezaVue®, Overtime®, Surmount®, Telone®, Tremor®, Tordon® 22K, Volley®, Vydate® C-LV, Vydate® L, Warhawk®, Whirlwind and Yuma are Restricted Use Pesticides.

FulTime NXT, Keystone LA NXT, Keystone NXT, Resicore®, Stinger®, SureStart® II, Surpass® NXT are not available for sale, distribution or use in Nassau and Suffolk counties in the state of New York. Do not fall-apply anhydrous ammonia south of Highway 16 in the state of Illinois. Enable® is not labeled for use on pecans in New Mexico. State restrictions on the sale and use of Enable, Intrepid® 2F, Remedy® Ultra, Stinger® apply. Consult the label before purchase or use for full details. Enlist One® and Enlist Duo® are the only 2,4-D products authorized for use in Enlist crops. Fontelis® is not labeled for use on peanuts in California. Consult the Strongarm® label for area restrictions for TX, NM and OK. DuPont™ Curzate® 60DF is labeled for use on potatoes, potato seed pieces, tomatoes, cucurbit crops, head lettuce, leaf lettuce, spinach, and hops to preserve yields.

The EPA-registered labels for Lannate SP and Lannate LV contain the following statements: "This product is highly toxic to bees exposed to direct treatment on blooming crops or weeds. Do not apply this product or allow to drift to blooming crops or weeds if bees are foraging in (actively visiting) the treatment area."

Chaparral™, DuraCor® and GrazonNext® HL have no grazing or haying restrictions for any class of livestock, including lactating dairy cows, horses (including lactating mares) and meat animals prior to slaughter. Label precautions apply to forage treated with Chaparral, DuraCor and GrazonNext HL and to manure and urine from animals that have consumed treated forage. Consult the label for full details.

Sequoia® is not registered by U.S. EPA for sale or use on strawberries. Sequoia has Section 18 Specific Emergency Exemption for us on strawberries to treat lygus bugs in the following counties: Fresno, Los Angeles, Madera, Merced, Monterey, Orange, Sacramento, San Benito, San Diego, San Luis Obispo, Santa Barbara, Santa Clara, Santa Cruz, and Ventura. To learn more about Sequoia, to see the limitations on the use of Sequoia under the Section 18 Specific Emergency Exemption labels, and to find a list of retailers that may carry this product under the Section 18 Exemption, call 800-258-3033 or email CustomerInfo@Corteva.com.

Sequoia™ CA and Transform™ CA have not yet received regulatory approval; approvals are pending. The information provided here is not an offer for sale.

Not all products are registered for sale or use in all states. Contact your state pesticide regulatory agency to determine if a product is registered for sale or use in your state. Always read and follow label directions. SPIKE is a registered trademark of Nutrichem used under license. ©2020 Corteva. CA56-000-030 COR (09/20)

