


2022 National

# Program Summary Guide







BASF develops innovative solutions for farming, pest control and landscape management. The following pages feature summaries of our current Retailer and Grower programs. For more information, visit **agriculture.basf.com**.

## Contents


Retailer Base Program 3
Retailer Market Builder Program 4
Retailer Portfolio Support Program 5
Retailer Residual Layering Program 6
Retailer Season Long Program 7
Grower Finance Program 8
Retailer Bulk Early Order Program 9
Retailer Distinct Early Order Program 9
Grower Engenia® Herbicide Weed Control Guarantee Program 10
Grower Liberty® Herbicide Weed Control Guarantee Program 11
Retailer Harvest Aid Program 12
Retailer Peanut Pair-Up Program 12
Retailer Rice Herbicide Program 13
Grower Propi Pair-Up Program 13
Notes 14

## 2022 Season Program Summary

# Retailer Base Program

**Objective:** Reward retailers for support and loyalty with Grower customers.

### Participating Brands and Incentives on Qualified Adjusted Net Sales

| Brand | Incentive |
|---|---|
| **FUNGICIDES** | |
| **Cabrio®** fungicide* | 23% |
| **Caramba®** fungicide | 20% |
| **Cevya®** fungicide | 2% |
| **Endura® EG** fungicide* | 12% |
| **Forum®** fungicide | 6% |
| **Headline AMP®** fungicide* | 2% |
| **Headline® SC** fungicide* | 4% |
| **Merivon®** fungicide* | 2% |
| **Nexicor™** fungicide* | 3% |
| **Priaxor®** fungicide* | 5% |
| **Pristine® EG** fungicide* | 10% |
| **Provysol®** fungicide | 2% |
| **Revytek™** fungicide* | 4% |
| **Sercadis®** fungicide | 11% |
| **Serifel®** biofungicide | 2.5% |
| **Sphaerex™** fungicide | 1% |
| **Veltyma™** fungicide* | 2% |
| **Vivando®** fungicide | 2% |
| **Zampro®** fungicide | 2% |
| **HERBICIDES** | |
| **Alite™ 27** herbicide | 10% |
| **Armezon®** herbicide | 22% |
| **Armezon PRO** herbicide | 5% |
| **Armezon Sugarcane** herbicide | 2% |
| **Basagran®** herbicide | 2% |
| **Beyond®** herbicide* | 6% |
| **Cadre®** herbicide | 3% |
| **Clarity®** herbicide | 2% |
| **Clearpath®** herbicide | 4.5% |
| **Distinct®** herbicide | 2% |
| **Engenia®** herbicide | 13% |
| **Facet® L** herbicide | 25% |
| **Liberty®** herbicide* | 8% |
| **Newpath®** herbicide | 2.5% |
| **Optill® WG** herbicide | 10% |
| **Outlook®** herbicide | 18% |
| **Poast®** herbicide | 9% |
| **Provisia®** herbicide | 2.5% |
| **Prowl® 3.3 EC** herbicide* | 10% |
| **Prowl H2O** herbicide* | 5% |
| **Pursuit®** herbicide | 21% |
| **Raptor®** herbicide* | 6% |
| **Rely®** herbicide | 10% |
| **Sharpen®** herbicide | 3% |
| **Status®** herbicide | 2% |
| **Treevix®** herbicide | 2% |
| **Varisto®** herbicide* | 3% |
| **Verdict®** herbicide | 15% |
| **Zidua® PRO** herbicide | 1% |
| **Zidua SC** herbicide | 1% |
| **INSECTICIDES** | |
| **Altrevin®** insecticide | 2% |
| **Fastac® CS** insecticide | 40% |
| **Nealta®** insecticide | 2% |
| **Regent®** insecticide | 10% |
| **Renestra™** insecticide | 5% |
| **Sefina®** insecticide | 2% |
| **Versys®** insecticide | 2% |
| **OTHER** | |
| **Apogee®** PGR | 7% |
| **Sequestrene** micronutrient | 2% |

### *Active Ingredient (AI) and Share of Wallet (SOW) Loyalty Requirement

| AI | BRANDS | SOW REQUIREMENT |
|---|---|---|
| **Boscalid** | **Endura® EG** fungicide, **Pristine® EG** fungicide | 90% |
| **F500** | **Cabrio®** fungicide, **Headline AMP®** fungicide, **Headline® EC** fungicide, **Headline SC** fungicide, **Merivon®** fungicide, **Nexicor™** fungicide, **Noventa®** herbicide, **Priaxor®** fungicide, **Pristine® EG** fungicide, **Revytek™** fungicide and **Veltyma™** fungicide | 90% |
| **Glufosinate-Ammonium**[1,2] | **Liberty®** herbicide and BASF sourced private label Glufosinate-ammonium | 90% |
| | Branded **Liberty** herbicide | 75% |
| **Imazamox** | **Beyond®** herbicide, **Raptor®** herbicide and **Varisto®** herbicide | 95% |
| **Pendimethalin** | **Prowl® 3.3 EC** herbicide, **Prowl H2O** herbicide and BASF sourced private label Pendimethalin | 90% |

### Glufosinate-ammonium (GA) Loyalty Requirements

**Step 1:** To qualify for 4% Base incentive rebate for **Liberty** herbicide, a Retailer must purchase a minimum 90% of BASF sourced GA (Branded **Liberty** herbicide, **Noventa** herbicide, and BASF sourced GA Private Label) during the 2022 market year.

**Step 2:** To qualify for an additional 4% Base incentive rebate for **Liberty** herbicide, Retailer must accomplish Step 1 of the GA Loyalty Requirement AND of all GA, a minimum 75% of total branded **Liberty** herbicide during the 2022 market year. **Noventa** herbicide and other BASF sourced GA Private Label can be up to 25% of the total.



**Visit bit.ly/22-BASF-RBP for full program details, examples and terms and conditions.**

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide, Alite 27 Herbicide, Fastac CS Insecticide and Renestra Insecticide are Restricted Use Pesticides.

*To earn the Base Incentive for the AI Loyalty Brands an Active Ingredient (AI) Share of Wallet (SOW) percentage is required at the thresholds indicated in the table. BASF Authorized Retailer is required to submit SOW % through enrollment tool by **October 15, 2022**. 1: Glufosinate-ammonium loyalty requirement is waived for: AZ, CA, FL, ID, NV, OR, UT and WA. OU's geography will determine the state for all enrollment hierarchy levels. 2: See additional GA Loyalty Requirements.

2022 Season Program Summary

# Retailer Market Builder Incentive

**Objective:** Reward retailers for planning to grow the overall fungicide market with BASF Plant Heath products.



### Qualification One

**Early Plan:** OU's enroll 2 Valid Grower Targets per OT with POS in 2019, 2020, and/or 2021 of Participating Brands.

**AND/OR**

### Qualification Two



**3-Year Average:** 2022 POS for Participating Brands must be at least 100% of average valid POS in 2019-2021.



**Incentive:** BASF Authorized Retailer **earns up to 6% rebate** on Participating BASF Brands.



### Participating Brands and Incentive on Qualified POS

| PARTICIPATING BRANDS | DEADLINE | REBATE INCENTIVE |
|---|---|---|
| **Headline AMP®** fungicide, **Headline SC** fungicide, **Priaxor®** herbicide, **Revytek™** fungicide and **Veltyma™** fungicide | QUALIFICATION 1 – EARLY PLAN: JANUARY 15, 2022 | 2% |
| | QUALIFICATION 2 – 3-YEAR AVERAGE: SEPTEMBER 30, 2022 | 4% |

### Program Benefits

- Specify retailer's BASF Plant Health target early for 2022 season
- Identify local farmer opportunities in cooperation with BASF field reps
- Ensure farmers and retail reps are advised of latest information from BASF Plant Health team
- Refined planning to ensure Plant Heath market growth versus market variability



**Visit bit.ly/22-BASF-MBIP for full program details, examples and terms and conditions.**

2022 Season Program Summary

# Retailer Portfolio Support Program

**Objective:** Reward retailers for taking an earlier position on the BASF portfolio of products.



### Qualification

2022 Qualified Adjusted **Purchases** + 2022 **Beginning Inventory** must exceed Stocking Target % of 2021 Qualified Adjusted **Net Sales** by the Stocking Date.

### Incentive

Retailer **earns up to 5% rebate** on Qualified Adjusted Net Sales of Participating Brands in Incentive.



### Program Benefits

- Retailers have the flexibility to order the products they need during each stocking period
- Beginning Inventories and Bulk Inventories are calculated in the stocking qualifications
- Not qualifying for one stocking date does not disqualify from earning on another: Earnings can be 0%–5%

### Stocking Dates, Stocking Brands* and Rebate Incentive on Qualified POS

| STOCKING DATE | STOCKING TARGET % | | REBATE INCENTIVE |
|---|---|---|---|
| | PORTFOLIO | FUNGICIDE | |
| NOVEMBER 30, 2021[1] | 50% | — | 2% |
| MARCH 15, 2022[2] | 75% | — | 2% |
| JUNE 15, 2022 | 100% | 100%[3] | 1% |

**PORTFOLIO STOCKING BRANDS:** All BASF Crop Protection Products[4]
**FUNGICIDE STOCKING BRANDS:** All BASF Fungicide Crop Protection Products

### Participating Brands in Incentive

**FUNGICIDES**
- **Caramba®** fungicide
- **Cevya®** fungicide
- **Endura® EG** fungicide
- **Forum®** fungicide
- **Headline AMP®** fungicide
- **Nexicor™** fungicide
- **Priaxor®** fungicide
- **Provysol®** fungicide
- **Revytek™** fungicide
- **Sphaerex™** fungicide
- **Veltyma™** fungicide

**HERBICIDES**
- **Alite™ 27** herbicide
- **Armezon®** herbicide
- **Armezon PRO** herbicide
- **Armezon Sugarcane** herbicide
- **Basagran®** herbicide
- **Beyond®** herbicide
- **Cadre®** herbicide
- **Clarity®** herbicide
- **Clearpath®** herbicide
- **Distinct®** herbicide
- **Engenia®** herbicide
- **Facet® L** herbicide
- **Newpath®** herbicide
- **Optill® WG** herbicide
- **Outlook®** herbicide
- **Provisia®** herbicide
- **Prowl® 3.3 EC** herbicide
- **Prowl H20** herbicide
- **Raptor** herbicide
- **Sharpen®** herbicide
- **Status®** herbicide
- **Varisto®** herbicide
- **Verdict®** herbicide
- **Zidua® PRO** herbicide
- **Zidua SC** herbicide

**INSECTICIDES**
- **Renestra™** insecticide
- **Sefina®** insecticide
- **Versys®** insecticide



**Visit bit.ly/22-BASF-RPSP for full program details, examples and terms and conditions.**

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide, Alite 27 Herbicide and Renestra Insecticide are Restricted Use Pesticides.

*For a full list of stocking brands required for qualification please see the full program details. 1: Authorized Retail OUs in AL, AR, AZ, FL, GA, KY, LA, MS, NM, NC, OK, SC, TN, TX, VA, and bootheel counties in MO: Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, Sainte Genevieve, St Francis, Stoddard, and Wayne the November 30, 2021 stocking date is extended to January 15, 2022. 2: Authorized Retail OUs in CT, DE, MA, ME, MD, NH, NJ, NY, PA, RI, VT the March 15, 2022 stocking date is extended to April 30, 2022. 3: Authorized Retail OUs in NM, OK, TX are excluded from Fungicide Stocking Target Percentage to earn incentive. 4: **Liberty®** herbicide, **Noventa®** herbicide, **Rely®** herbicide, **Sentris™** buffering technology, and **Aegos™** buffering technology are excluded from Portfolio Stocking Brands.

# Retailer Residual Layering Program

**Objective:** Reward retailers for matching BASF residual herbicides with **Liberty®** herbicide and **Engenia®** herbicide to combat a broad spectrum of weeds.



### Qualification

Match a qualifiying Residual Brand with one or both of the participating Foundation Brands.

### Incentive

Retailer is eligible to earn **$2/A rebate** on matching acres of the total Foundation Brand acreage and qualifying Residual Brands.




### Participating Brands and Incentive on Matched Acres of Qualified POS

| FOUNDATION BRANDS | RESIDUAL BRANDS | REBATE INCENTIVE |
|---|---|---|
| **Engenia** herbicide<br>**Liberty** herbicide | **Alite 27** herbicide, **Outlook** herbicide*, **Zidua SC** herbicide and **Zidua PRO** herbicide | $2.00/ACRE |

### Use Rates for Calculating Qualifying Acres

| RESIDUAL BRANDS | USE RATE PER ACRE |
|---|---|
| **Alite™ 27** herbicide | 2 fl oz/A |
| **Engenia®** herbicide | 12.8 fl oz/A |
| **Liberty®** herbicide | 32 fl oz/A |
| **Outlook®** herbicide* | 10 fl oz/A |
| **Zidua® SC** herbicide | 2.5 fl oz/A |
| **Zidua PRO** herbicide | 6 fl oz/A |

### Program Benefits

- **Weed control** with residuals for a stronger agronomic recommendation
- **Promote proper stewardship** to keep Engenia herbicide and Liberty herbicide working longer
- **Communicate confidence** in the weed control performance of Engenia herbicide, Liberty herbicide, and BASF residual portfolio



**Visit bit.ly/22-BASF-RRLP for full program details, examples and terms and conditions.**

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide and Alite 27 Herbicide are Restricted Use Pesticides.

*When Outlook herbicide is paired in cotton geographies, retailers can pair Outlook herbicide at 1.6x the Foundational Brand acres, see full program details.

2022 Season Program Summary

# Retailer Season-Long Package Program

**Objective:** Reward retailers for making timely purchases of Participating BASF Brands.



### Qualification

By Stocking Date, Qualified Adjusted **Purchases** + 2022 **Beginning Inventory for all SKUs** must exceed Stocking Target % of 2021 Qualified Adjusted **Net Sales; each Participating Brand evaluated separately.**

### Incentive

Retailer earns season-long **3% or 5% for package SKUs** on Qualified Adjusted Net Sales of Participating BASF Brands.



### Participating Brands by Stocking Date and Incentives on Qualified Adjusted EDI for Package SKUs[1]

| STOCKING DATE | PARTICIPATING BRANDS | STOCKING TARGET % | REBATE INCENTIVE |
|---|---|---|---|
| NOVEMBER 30, 2021[2] | **Armezon® PRO** herbicide, **Outlook®** herbicide, **Verdict®** herbicide | 50% | 5% |
| | **Armezon** herbicide, **Armezon Sugarcane** herbicide, **Status®** herbicide, **Zidua® PRO** herbicide and **Zidua SC** herbicide | | 3% |
| MARCH 15, 2022[3] | **Engenia®** herbicide | 75% | 5% |
| | **Liberty®** herbicide | 50% | 5% |
| | **Basagran®** herbicide, **Cadre®** herbicide, **Renestra™** insecticide and **Varisto®** herbicide | 75% | 3% |
| | **Sharpen®** herbicide | 50% | 3% |
| JUNE 15, 2022 | **Endura® EG** fungicide, **Headline AMP®** fungicide[4], **Nexicor™** fungicide, **Priaxor®** fungicide, **Revytek™** fungicide, **Sphaerex™** fungicide and **Veltyma™** fungicide[4] | 75% | 3% |

### Program Benefits

- Opportunity to earn on purchases throughout the 2022 season
- Beginning Inventories and Bulk Inventories are calculated in the stocking qualifications
- Flexible stocking targets and dates
- Maximize earnings for earlier planning on packaged BASF brands



**Visit bit.ly/22-BASF-RSLP for full program details, examples and terms and conditions.**

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide and Renestra Herbicide are Restricted Use Pesticides.

1: Package SKU's include all non-bulk SKU's. Repackaging articles are included in qualification but do not participate in the incentive. 2: Authorized Retail OUs in AL, AR, AZ, FL, GA, KY, LA, MS, NM, NC, OK, SC, TN, TX, VA, and bootheel counties in MO: Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, Sainte Genevieve, St Francis, Stoddard, and Wayne the November 30, 2021, Stocking Date is extended to January 15, 2022. 3: Authorized Retail OUs in CT, DE, MA, ME, MD, NH, NJ, NY, PA, RI, VT the March 15, 2022, Stocking Date is extended to April 30, 2022. 4: **Headline AMP** fungicide and **Veltyma** fungicide aerial SKUs are excluded from qualification but will participate in the incentive.

2022 Season Program Summary

# Grower Finance Program

**Objective:** Provides a Fixed 0%[1] interest rate for BASF products all season long.



### Qualification

Grower makes a qualified minimum purchase of **one or more** BASF Branded Products (Crop Protection, Seed, Seed Treatment) and/or Select BASF Distributed Products* with a total purchase of **$5,000 or more.**[1]

### Incentive

Grower can qualify for fixed 0%*,[1] interest-free financing with no payments due in full until **December 2022**.†



### Additional Financing Options

Purchase a BASF fungicide and finance:

- Aerial applications up to $15/A
- Ground applications up to $7.50/A
- Chemigation applications up to $5/A

### Program Benefits

- Get advantages of early purchasing without paying until after your crop is harvested
- Availability across crop protection, seed treatment, and seed products from BASF and select channel partner portfolios
- Free Financing



**Talk to your BASF Authorized Retailer to finance your BASF purchases through John Deere Financial or Rabo AgriFinance.**

---

**John Deere Financial®**

Don't have a JDF Multi-Use Account? John Deere Financial gives you easy ways to apply:

- Online at **JohnDeereFinancial.com/MultiUseApply**
- Call 800-356-9033 to have an application mailed to you
- Stop by your local retailer to complete an application

**Rabo AgriFinance®**

Rabo AgriFinance gives you convenient processing:

- Online at **Grower.RaboAg.com**
- Call 888-395-8505 to have an application mailed to you
- Email Rabo AgriFinance at **QuickLink@RaboAg.com**
- Stop by your local retailer to complete an application

*Contact John Deere Financial or Rabo Agrifinance for a full list of Participating Brands. 1: Subject to credit approval, terms and conditions. Credit must be approved and transaction submitted by listed program dates in order to qualify for incentive rate. Offer valid on qualifying purchases made between October 1, 2022, to September 30, 2023. Offer limited to Multi-Use Account Agricultural customers with an available Special Terms limit. Subject to the Multi-Use Account credit agreement and approval. Fixed 0% from the date of purchase, which may be prior to delivery, until December 2023, when the entire transaction amount is due in full. Regular Multi-Use Account rates will apply after that date. Offer may be limited to qualifying products. $5,000 minimum purchase required. Subject to merchant participation, see your local merchant for complete details. Multi-Use Accounts are a service of John Deere Financial, f.s.b. Subject to credit approval, terms and conditions. Credit must be approved and transaction submitted by listed program dates in order to qualify for incentive rate. †Cotton seed purchases are due in January 2023.



**Visit bit.ly/22-BASF-GFP for full program details, examples and terms and conditions.**

2022 Season Program Summary

# Retailer Bulk Early Order Program

**Objective:** Strengthen strategic business relationships between BASF and retailers by rewarding joint planning early in the season, reducing supply risks through early placement of bulk product and by offering agronomic choice through herbicide enabled trait flexibility.

### Participating Brands by Order Dates, Ship Dates and Incentives on Qualified Bulk Delivery Volumes

| ORDER DATE | PARTICIPATING BRANDS | SHIP DATES | REBATE INCENTIVE | PURCHASE MINIMUM | ELIGIBLE FOR REFILL |
|---|---|---|---|---|---|
| BY SEPTEMBER 15, 2021 | **Armezon® PRO** herbicide, **Outlook®** herbicide, **Verdict®** herbicide | BY NOVEMBER 30, 2021 | 7% + Difference in 2022 and 2021 Program Redemption Prices | 1,000 GALLONS | YES – 5% |
| | | | | 500 GALLONS | NO |
| | **Engenia®** herbicide | BY NOVEMBER 30, 2021 | 7% + Difference in 2022 and 2021 Program Redemption Prices | 1,000 GALLONS | YES – 5% |
| | | | | 500 GALLONS | NO |
| | **Liberty®** herbicide | SEPTEMBER 1, 2021 – MARCH 15, 2022 | 5% | 2,000 GALLONS | YES – 5% |
| | **Headline AMP®** fungicide[1] and **Veltyma™** fungicide[1] | OCTOBER 1, 2021 – MARCH 15, 2022 | 5% | 1,000 GALLONS | NO |

1: Headline AMP fungicide aerial SKU volume and Veltyma fungicide aerial SKU volume will not be considered for this program.



**Visit bit.ly/22-BASF-RBEO for full program details, examples and terms and conditions.**

# Retailer Distinct Early Order Program

**Objective:** To reward retailers who purchase Distinct® herbicide early in the 2022 season.

### Participating Brand by Invoice Date and Incentives on Qualified Adjusted EDI

| INVOICE DATE | PARTICIPATING BRAND | REBATE INCENTIVE |
|---|---|---|
| BY NOVEMBER 30, 2021 | **Distinct®** herbicide | 25% |
| DECEMBER 1, 2021 – JANUARY 31, 2022 | | 20% |



**Visit bit.ly/22-BASF-RDEO for full program details, examples and terms and conditions.**

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide is a Restricted Use Pesticide.

2022 Season Program Summary

# Engenia® Herbicide Weed Control Guarantee Program

**Objective:** Communicate confidence in the performance of BASF herbicide programs by backing them up with this Weed Control Guarantee Program.



### Qualification

Apply Engenia herbicide in accordance with label instructions, BASF recommendations, and state and regional laws, including the use of BASF residual herbicides.

### Incentive

Up to $15/A to reimburse re-spray costs.



### Engenia Herbicide Weed Control Guarantee Program

When you apply Engenia herbicide according to label instructions and follow the full program requirements, we guarantee commercially acceptable weed control through our programs.

If within 30 days of the post-emergence application Engenia herbicide, less than commercially acceptable weed control on labeled weeds is experienced, contact your retailer or BASF representative for up to $15/A respray assistance on the affected acre.



**Visit bit.ly/22-BASF-EWCG for full program details, examples and terms and conditions.**

### Program Requirements

1. Use adequate tillage or labeled burndown product
2. Effective residual program pre-plant or pre-emerge
3. Apply Engenia herbicide plus another residual like Outlook® or Zidua® SC herbicide
4. Follow full program terms and conditions

### Engenia Herbicide Application Requirements

Engenia herbicide is a US EPA Restricted Use Pesticide. EVERY application of Engenia herbicide requires the use of a pH buffering adjuvant such as AEGOS™ Buffering Technology. Additional state restrictions may apply.

**Every application of Engenia herbicide requires the use of an approved pH buffering adjuvant.** Engenia Herbicide is a Restricted Use Pesticide.

2022 Season Program Summary

# Liberty® Herbicide Weed Control Guarantee Program

**Objective:** Communicate confidence in the performance of BASF herbicide programs by backing them up with this Weed Control Guarantee Program.



**Qualification**

Apply Liberty herbicide in accordance with label instructions, BASF recommendations, and state and regional laws, including the use of BASF residual herbicides.

**Incentive**

Up to $15/A to reimburse re-spray costs.



### Liberty Herbicide Weed Control Guarantee Program

When you apply Liberty herbicide according to label instructions and follow the full program requirements, we guarantee commercially acceptable weed control through our programs.

If within 30 days of the post-emergence application Liberty herbicide, less than commercially acceptable weed control on labeled weeds is experienced, contact your retailer or BASF representative for up to $15/A respray assistance on the affected acre.



**Visit bit.ly/22-BASF-LWCG for full program details, examples and terms and conditions.**

### Program Requirements

1. Use adequate tillage or labeled burndown product
2. Effective residual program pre-plant or pre-emerge
3. Apply Liberty herbicide plus another residual like Outlook® or Zidua® SC herbicide
4. Follow full program terms and conditions

### Liberty Herbicide S.T.O.P. Application Guidelines



# Retailer Harvest Aid Program

**Objective:** To reward retailers who promote Sharpen® herbicide for harvest aid use.

**Participating Brand by Invoice Date and Incentive on Qualified POS**

| INVOICE DATE | PARTICIPATING BRAND | REBATE INCENTIVE |
|---|---|---|
| OCTOBER 1, 2021 – NOVEMBER 30, 2021 | **Sharpen®** herbicide | 6.5% |



**Visit bit.ly/22-BASF-RHAP for full program details, examples and terms and conditions.**

# Retailer Peanut Pair-Up Program

**Objective:** To reward retailers for supporting Cadre® herbicide and Provysol™ fungicide in peanut markets.

**Pairing Brands by Effective Area and Incentive for Matching Acres on Qualified POS**

| EFFECTIVE AREA | PAIRING BRANDS | REBATE INCENTIVE |
|---|---|---|
| ALABAMA, FLORIDA, GEORGIA, NORTH CAROLINA, SOUTH CAROLINA AND VIRGINIA | **Cadre®** herbicide and **Provysol™** fungicide | $2.00/ACRE |



**Visit bit.ly/22-BASF-RPPP for full program details, examples and terms and conditions.**

2022 Season Program Summary

# Retailer Rice Herbicide Program

**Objective:** To reward retailers for partnering with growers to support Facet® L herbicide, Prowl® H2O herbicide, and Sharpen® herbicide.

### Pairing Brands by Effective Area and Incentives for Matching Acres on Qualified POS

| EFFECTIVE AREA | PAIRING BRANDS | REBATE INCENTIVE |
|---|---|---|
| ARKANSAS, LOUISIANA, MISSOURI, MISSISSIPPI AND TEXAS | **Facet L** herbicide and **Sharpen** herbicide | $1.50/A |
| | **Facet L** herbicide, **Prowl H2O** herbicide and **Sharpen** herbicide | $0.50/A |



**Visit bit.ly/22-BASF-RRHP for full program details, examples and terms and conditions.**

# Grower Propi Pair-Up Program

**Objective:** To promote the use of multiple fungicide products to combat a broad spectrum of diseases in soybeans through the offer of an incentive on qualifying purchases.

### Participating Brand by Effective Area and Incentive for Matching Acres of Qualified Purchases

| EFFECTIVE AREA | PARTICIPATING BRAND | APPROVED PAIRING BRANDS | REBATE INCENTIVE |
|---|---|---|---|
| ALABAMA, ARKANSAS, DELAWARE, ILLINOIS, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MARYLAND, MICHIGAN, MISSISSIPPI, MINNESOTA (SPECIFIC COUNTIES), MISSOURI, NEBRASKA, NEW YORK, OHIO, NORTH CAROLINA, SOUTH DAKOTA (SPECIFIC COUNTIES), SOUTH CAROLINA, TENNESSEE, TEXAS AND VIRGINIA | **Priaxor®** fungicide | Any qualifying solo propiconazole containing fungicide labeled for control or suppression of frogeye leaf spot in soybeans. | $3.00/A |



**Visit bit.ly/22-BASF-PPU for full program details, examples and terms and conditions.**

BASF
We create chemistry

BASF
We create chemistry





**This guide is meant as a quick reference only. For complete program details, review the full program documents. Always read and follow label directions.**

Participating BASF brands are trademarks or registered trademarks of BASF. John Deere Financial is a registered trademark of Deere & Company. John Deere Financial multi-use account is a service of John Deere Financial, f.s.b. Rabo AgriFinance is a registered trademark of Rabobank. QuickLink Credit is a service of Rabo AgriFinance, a division of Rabobank. All other trademarks are the property of their respective owners and use of any such trademark does not imply any affiliation with or endorsement by its owner. ©2022 BASF. All Rights Reserved. APN# 20210906LDG National-Program-Summary-2021

