# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCOTT DAY FARMS,<br><br>   Plaintiff,<br>v.<br><br>SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; CORTEVA, INC.; BASF SE; BASF CORPORATION; BASF AGRICULTURAL PRODUCTS GROUP; NUTRIEN AG SOLUTIONS, INC., HELENA AGRI-ENTERPRISES, LLC; and DOE CO-CONSPIRATOR DISTRIBUTORS AND RETAILERS 1-200,<br><br>   Defendants. | Case No.: 1:22-cv-02230 |

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

Syngenta Crop Protection AG
P.O. Box CH-4002
Basel, Switzerland

Syngenta Corporation
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Syngenta Crop Protection, LLC
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

BASF Corporation
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

BASF Agricultural Products Group
14385 West Port Arthur Road
Beaumont, TX 77705

Nutrien AG Solutions, Inc.
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

| | |
|---|---|
| Corteva, Inc. | Helena Agri-Enterprises, LLC |
| c/o The Corporation Trust Company | c/o The Corporation Trust Company |
| 1209 Orange St. | 1209 Orange St. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

BASF SE
Carl-Bosch-Str. 38
Ludwigshafen Am Rhein
Germany, 67056

  A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and address are:

**Irwin B. Levin**
**Richard E. Shevitz**
**Scott D. Gilchrist**
**COHEN & MALAD, LLP**
**One Indiana Square, Suite 1400**
**Indianapolis, IN 46204**
**P:  317-636-6481**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____         _____
*Signature of Clerk or Deputy Clerk*

Civil Action Number: _____

**PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there, on

*(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.

3