# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCOTT DAY FARMS,<br><br>    Plaintiff,<br>v.<br><br>SYNGENTA CROP PROTECTION AG; SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; CORTEVA, INC.; BASF SE; BASF CORPORATION; BASF AGRICULTURAL PRODUCTS GROUP; NUTRIEN AG SOLUTIONS, INC., HELENA AGRI-ENTERPRISES, LLC; and DOE CO-CONSPIRATOR DISTRIBUTORS AND RETAILERS 1-200,<br><br>    Defendants. | Case No.: 1:22-cv-02230-JMS-TAB |

## NOTICE OF RELATED ACTION

Plaintiff, by counsel, pursuant to S.D. Ind. L.R. 40-1 hereby provides notice to the Court that this case arises out of the same transaction or occurrence and concerns several of the same parties as *Jenkins v. Corteva, Inc., et al.*, Case No. 1:22-cv-01976-RLY-DLP.

| | |
|---|---|
| DATED: November 17, 2022 | Respectfully submitted,<br><br>/s/ *Scott D. Gilchrist*<br>Irwin B. Levin (#8786-49)<br>Richard E. Shevitz (#12007-49)<br>Scott D. Gilchrist (#16720-53)<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 636-6481<br>Fax: (317) 636 2593<br>ilevin@cohenandmalad.com<br>rshevitz@cohenandmalad.com<br>sgilchrist@cohenandmalad.com<br><br>***Local Counsel*** |

Michael L. Roberts (*pro hac vice* forthcoming)
mikeroberts@robertslawfirm.us
Dr. Kelly A. Rinehart (*pro hac vice* forthcoming)
kellyrinehart@robertslawfirm.us
ROBERTS LAW FIRM, PA
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Counsel for Plaintiffs*